**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

CARLOS TAYLOR, JR.,

       Plaintiff,

vs.                           CASE NO. 5:08cv122/RS-MD

STATE OF FLORIDA,

       Defendant.

_____/

**ORDER**

Before me are the Magistrate Judge's Order and Report and Recommendation (Doc. 6) and Plaintiff's Objections (Doc. 7).  I have considered Plaintiff's objections *de novo*.

**IT IS ORDERED**:

1.     The Magistrate Judge's Order and Report and Recommendation is adopted and incorporated by reference in this Order.

2.     This case is dismissed without prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) because of failure to state a claim upon which relief may be granted.

3.     The clerk is directed to close the file.

**ORDERED** on June 2, 2008.

                         /S/ Richard Smoak_____
                         **RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**